**IN THE UNTIED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**GLADYS MARIE NOLAN, INDIVIDUALLY and as ADMINISTRATOR OF THE ESTATE OF NORMAN NOLAN, DECEASED** **PLAINTIFF**

**vs. CASE NO. 5:04-CV-0205JMM**

**CHICOT MEMORIAL HOSPITAL** **DEFENDANT**

**DEFENDANT'S STATEMENT OF UNDISPUTED FACTS**

Comes Defendant, Chicot Memorial Hospital, by its attorneys, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., and pursuant to Local Rule 56.1, submits the following factual statements which it contends are undisputed leaving no genuine issues of material fact to be tried:

1. On September 2, 1964, the Chicot County Court passed an Order declaring there was a necessity for constructing a county hospital due to the fact that the private hospitals and clinics situated in the county were inadequate to care for and to serve the general public. *See Exhibit A, Order Declaring Necessity for the Construction of a County Hospital (all Exhibits referred to herein are attached to Defendant's Motion).*

2. On September 24, 1964, The Chicot County Court approved plans for the construction of a new county-owned hospital, and voted to place the issue on the ballot of the next general election. *See Exhibit B, Order Approving Plans and Directing that the Question of Construction of a County Hospital be submitted at the Next General Election.*

3. On November 3, 1964, the issue of the construction of a new county hospital was put before the citizens of Chicot County. *See Exhibit C, Order Declaring Results of Election*

4. The citizens voted for the hospital construction, and for the building tax to pay for the hospital construction. *See Exhibit C, Order Declaring Results of Election*

5. These election results were confirmed in the November 9, 1964 Order of the Chicot County Court. *See Exhibit C, Order Declaring Results of Election.*

6. During the hospital's construction, a number of taxes and bond issues were passed to raise money for the construction and maintenance of the hospital which was finally completed and opened for business on October 30, 1967. *See Exhibits D-G, Orders of Chicot County Court.*

7. A couple months before the actual opening of Chicot Memorial Hospital, the County Judge appointed a Board of Governors to govern the hospital pursuant to Section 17-503 of the Arkansas Statutes. *See Exhibit H.*

8. Chicot County has followed the procedures set forth in Ark. Stat. Ann. § 17-503, and later Ark. Code Ann. § 14-263-101 et. seq and maintained a Board of Governors to manage and operate its county-owned hospital during all relevant time periods in which Plaintiff alleges acts of negligence on the part of Chicot Memorial Hospital. *See Exhibits I -J.*

9. Chicot Memorial Hospital is the only remaining Defendant in the present lawsuit.

10. Plaintiff's only claims against Chicot Memorial Hospital are tort claims arising out of alleged acts of negligence by Chicot Memorial Hospital in its care and treatment of Norman Nolan.

11. Chicot Memorial Hospital is a political subdivision of Chicot County, Arkansas.

Respectfully submitted,

**MITCHELL, WILLIAMS, SELIG, GATES & WOODYARD, P.L.L.C.**
425 West Capitol Avenue
1800 Metropolitan Tower Building
Little Rock, Arkansas 72201
(501) 688-8800

By: ______________________
Michelle H. Cauley
Bar I.D. No. 98146

CERTIFICATE OF SERVICE

I, Michelle Cauley, hereby certify that a copy of the above and foregoing pleading was mailed to all attorneys of record as listed below this 15th day of August, 2005.

Mr. Phillip C. Green
**Attorney at Law**
P.O. Box 190
Star City, AR 71667

______________________
Michelle Cauley