FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
SEP 26 2005
JAMES W. McCORMACK, CLERK
By: DEP CLERK

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**GLADYS MARIE NOLAN, INDIVIDUALLY AND AS ADMINISTRATOR OF THE ESTATE OF NORMAN NOLAN, DECEASED** — **PLAINTIFFS**

**V.** — **NO. 5:04-CV-00205-JMM**

**CHICOT MEMORIAL HOSPITAL and T.I.G. SPECIALTY INSURANCE SOLUTIONS** — **DEFENDANTS**

**MOTION TO AMEND COMPLAINT**

Comes now the Plaintiff, Gladys Marie Nolan, Individually and as Administrator of the Estate of Norman Nolan, deceased, by and through her attorney, Phillip C. Green, and for her Motion To Amend Complaint, states:

1. Plaintiff filed her original complaint on January 26, 2004, against defendant Chicot Memorial Hospital, among other defendants.
2. In paragraph four of her complaint, plaintiff required defendant Chicot Memorial Hospital (CMH) to provide proof if it intended to claim immunity from suit, and reserved the right to amend her complaint to bring a direct action against CMH's liability insurance carrier.
3. On August 15th, 2005, CMH claimed governmental immunity for the first time in a motion to dismiss.
4. After its motion to dismiss was denied, CMH filed a motion for reconsideration and invoked the "direct action" statute.
5. Plaintiff moves for leave of this Court to amend her complaint to name CMH's liability insurance carrier as a defendant herein, as specifically reserved in paragraphs 4, 5, and 14 of her initial complaint.

WHEREFORE, plaintiff prays that she be allowed to amend her complaint; and for other proper relief.

GLADYS NOLAN

BY: ______________________

PHILLIP C. GREEN, # 97013
Attorney for Plaintiff
P. O. Box 190
Star City, AR 71667
870-628-6211

CERTIFICATE OF SERVICE

I, Phillip C. Green, certify that I have served a true and correct copy of the foregoing Plaintiff's Motion to Amend Complaint upon Michelle H. Cauley, Mitchell, Williams, Selig, Gates & Woodyard, P.L.L.C., attorney for Defendant, 425 West Capitol Avenue, Suite 1800, Little Rock, AR 72201-3525, by regular mail with sufficient postage to insure delivery, this 22nd day of September, 2005.

______________________
Phillip C. Green