IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

GLADYS MARIE NOLAN                                                                                          Plaintiff

vs.                                              5:04-CV-205 JMM

CHICOT MEMORIAL HOSPITAL                                                                       Defendant

ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction for  45  days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may also file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are dismissed with prejudice.

Dated this 21st day of October, 2005.

*[signature]*
UNITED STATES DISTRICT JUDGE